Whole court sitting.

## Brandenburg, et al. v. Harbeson, Judge.

(Decided March 17, 1916.)

### Petition for Writ of Prohibition.

Decided upon authority of opinion in White, et al. v. Harbeson, Judge, ante.

SUTTON & HURST, R. C. SIMMONS, W. H. MACKOY, FRANK CHINN, R. H. WINN and G. W. GOURLEY for plaintiffs.

S. D. ROUSE and MEYERS & HOWARD for defendant.

OPINION OF THE COURT BY JUDGE SETTLE—Denying writ.

This case is a companion to that of John G. White, et al., v. M. L. Harbeson, Judge, this day decided. In this case, as in that, a writ of prohibition is asked of this court to prevent M. L. Harbeson, judge of the Kenton circuit court, law and equity division, from further proceeding in determining any matter in controversy between W. N. Hind, receiver, and the petitioners, in the action brought by the Skillman-Martin Printing Company v. The Kentucky Fire Insurance Co., pending in the Kenton circuit court, law and equity division. The

grounds alleged in the petition for the writ being identical with those urged in the case of John G. White, et al., v. M. J. Harbeson, Judge, the opinion in that case is conclusive of the rights of the petitioners in this case, wherefore the demurrer to the petition is sustained and the writ of prohibition prayed is refused.  Whole court sitting.